# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN CAVALZANI,<br><br>    Plaintiff,<br><br>vs.<br><br>BOHREN LOGISTICS, INC., TONY WEEKLY, JR., INTERSTATE HIGHWAY CONSTRUCTION, INC., and D.P. SAWYER, INC.,<br><br>    Defendants. | 7:18CV5009<br><br>ORDER |

Before the Court are the Findings and Recommendation of Magistrate Judge Susan M. Bazis, ECF No. 16, recommending that this case be remanded to the District Court for Lancaster County, Nebraska. No objections have been filed. Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review of the record and adopts the Findings and Recommendation in their entirety. Accordingly,

IT IS ORDERED:

1. The Magistrate Judge's Findings and Recommendation, ECF No. 16, are adopted in their entirety;

2. The Motion to Remand, ECF No. 8, filed by Plaintiff John Cavalzani, is granted; and

3. The above-captioned case is remanded to the District Court for Lancaster County, Nebraska.

Dated this 17th day of September, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge